IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00463-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS VALENZUELA,

        Defendant.

## ORDER

On June 13, 2006, the Court issued an order allowing Defendant to surrender himself to FCI Florence, Florence, Colorado. On May 11, 2006, the Court issued an order granting Defendant bond pending appeal in this matter. Defendant was to remain on bond under the same terms and conditions, including electronic monitoring, that was previously imposed by the Magistrate Judge on November 22, 2005.  Defendant filed his Notice of Appeal on May 17, 2006. Accordingly

IT IS ORDERED that the Order to Surrender in Lieu of Transportation by the United States Marshal (Doc 42 - filed June 13, 2006) is VACATED and Defendant shall remain on bond as previously ordered.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED: June 15, 2006